**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 24-7112**

―――――――――――

WALTER SPELLER,

        Petitioner - Appellant,

    v.

DOTSON (Department of Corrections),

        Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00624-RCY-MRC)

―――――――――――

Submitted:  April 10, 2025                        Decided:  April 15, 2025

―――――――――――

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Walter Z. Speller, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Speller appeals the district court's order dismissing his petition for a writ of mandamus pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the court's order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Speller v. Dotson*, No. 3:24-cv-00624-RCY-MRC (E.D. Va., Oct. 31, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
